1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   Novato, California 94948-6169
4  (415) 898-1555
   (415) 898-1247 (Fax No.)
5
   Attorneys for Plaintiffs
6

7

8              **THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  JENNIFER S. CAROLAN etc. et al.        )   C07-4352-EMC
                                           )
13          Plaintiffs,                    )
                                           )   CERTIFICATION OF INTERESTED
14  vs.                                    )   ENTITIES OR PERSONS
                                           )
15  GENERAL ELECTRIC COMPANY,              )
                                           )
16          Defendant.                     )
                                           )

17      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

18  parties named in the Complaint, there is no such interest to report.

19

20  Dated: August 21, 2007            BRAYTON❖PURCELL LLP

21                                    /s/ David R. Donadio

22                              By:   _____
                                      David R. Donadio
23                                    Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555