1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES SHELDON  Bar No. 155598
2  DEREK S. JOHNSON  Bar No. 220988
   MEGAN E. GRUBER Bar No. 246122
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   GENERAL ELECTRIC COMPANY
7

8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10

11
   JENNIFER S. CAROLAN and LORETTA         CASE NO. C 07-4352 EMC
12 PRETTYMAN, et al.,
                                           **NOTICE OF TAG-ALONG ACTION**
13           Plaintiffs,
                                           Multi-District Rule 7.5(e)
14     v.

15 GENERAL ELECTRIC COMPANY., et al.,

16           Defendants.

17

18     **PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District

19 Litigation ("MDL Panel") entered an order transferring all asbestos pending in the federal courts

20 to the United States District Court, Eastern District of Pennsylvania, for coordinated or

21 consolidated pretrial proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order").  The

22 MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in

23 a district court and involving common questions of fact with actions previously transferred under

24 Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991

25 Order to Show Cause.  See Multi-District Litigation Rules ("MDL Rules), Rule 11.

26     Pursuant to MDL Rule 7.5(c),

27     Any party or counsel in actions previously transferred under Section 1407 or
       under consideration by the Panel for transfer under section 1407 shall notify the
28     Clerk of the Panel of any potential "tag-along" actions" in which that party is also
       named or in which that counsel appears.

1     Defendant GENERAL ELECTRIC COMPANY ("GE") hereby notifies the Court that
2 this case is a potential "tag-along action" which may be subject to transfer to the United States
3 District Court, Eastern District of Pennsylvania. GE has forwarded a copy of this notice to the
4 Clerk of the MDL Panel. The Clerk of the MDL Panel may either (1) enter a conditional transfer
5 order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause why this action should
6 not be transferred, pursuant to MDL Rule 7.5(b).

8 DATED: September 24, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:    /S/  Megan E. Gruber
    Megan E. Gruber
    Attorneys for Defendant
    GENERAL ELECTRIC COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP