ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER S. CAROLAN etc. et al., ) | No. C07-4352-EMC |
| ) | |
| Plaintiffs, ) | |
| ) | CONSENT TO PROCEED BEFORE A |
| vs. ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 1, 2007          BRAYTON❖PURCELL LLP

                                /s/ David R. Donadio
                            By: _____
                                David R. Donadio
                                Attorneys for Plaintiffs

Dated: October 1, 2007          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                /s/ Derek Johnson
                            By: _____
                                Derek Johnson
                                Attorneys for Defendant,
                                GENERAL ELECTRIC COMPANY