ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER S. CAROLAN etc. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | No. C07-4352-EMC <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), for the following good cause:

On September 25, 2007, Defendant GENERAL ELECTRIC COMPANY filed Documents 4 and 6, a Notice to Tag Along Action and letter regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District. Said Defendants subsequently mailed notice to the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407.

///

On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3) and the deadlines imposed by Rule 26 of the Federal Rules of Civil Procedure, will come to pass before the Clerk of the JPML acts.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

///

In the alternative, the parties hereby STIPULATE to and respectfully request that the dates set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), be vacated and all deadlines set by Rule 26 of the Federal Rules of Civil Procedure, be continued pending the outcome of the JPML's decision on the merits of the transfer. Specifically, these deadlines in this matter include the **November 7, 2007** Rule 26 deadline to meet and confer and file Joint ADR Certification, the **November 7,, 2007** Deadline to complete Initial Disclosure and Discovery Plan, the **November 21, 2007** deadline to file the Joint Case Management Statement and the Case Management Conference currently set for **November 28, 2007.**

Dated: October 1, 2007                                    BRAYTON❖PURCELL LLP

                                                         /s/ David R. Donadio
                                                   By: _____
                                                         David R. Donadio
                                                         Attorneys for Plaintiffs

Dated: October 1, 2007                                    SEDGWICK, DETERT, MORAN &
                                                         ARNOLD, LLP

                                                         /s/ Derek Johnson
                                                   By: _____
                                                         Derek Johnson
                                                         Attorneys for Defendant,
                                                         GENERAL ELECTRIC COMPANY

### [PROPOSED]     **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

                                                   _____
                                                   Edward M. Chen
                                                   United States Magistrate Judge

[PROPOSED **ALTERNATIVE**]   **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after January 1, 2008 to wit:] _____, 2008;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date after January 1, 2008 to wit:] _____, 2008;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after January 1, 2008 to wit:]   _____, 2008; and,

4. The Case Management Conference is [set for a date after January 1, 2008 to wit: ] _____, 2008 at 1:30 p.m., Courtroom "C", 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

_____
Edward M. Chen
United States Magistrate Judge