1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8             THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  JENNIFER S. CAROLAN etc. et al.,     )  No. C07-4352-EMC
                                         )
13              Plaintiffs,              )
                                         )  JOINT MOTION AND STIPULATION TO
14  vs.                                  )  STAY PROCEEDING OR, IN THE
                                         )  ALTERNATIVE, TO CONTINUE CASE
15  GENERAL ELECTRIC COMPANY,            )  MANAGEMENT DEADLINE AND
                                         )  CONFERENCE, AND TO EXTEND TIME;
16              Defendant.               )  [PROPOSED] ORDER TO STAY;
                                         )  [PROPOSED ALTERNATIVE] ORDER
17                                       )  TO CONTINUE

18

19         Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

20  respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial*

21  *Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), for the

22  following good cause:

23         On September 25, 2007, Defendant GENERAL ELECTRIC COMPANY filed

24  Documents 4 and 6, a Notice to Tag Along Action and letter regarding the pending Multidistrict

25  Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move

26  Jurisdiction of this matter to that District. Said Defendants subsequently mailed notice to the

27  Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407.

28  ///

1   On July 29, 1991, the JPML entered an order transferring all asbestos personal injury
2   cases pending in the federal courts to the United States District Court for the Eastern District of
3   Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also
4   applies to "tag-along actions," or actions involving common questions of fact filed after January
5   17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of
6   MDL 875, for coordinated pretrial proceedings.
7   The JPML has held that a district court has the authority to stay pending a transfer order.
8   *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
9   ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
10  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
11  unnecessary interruption or delay.")
12  The parties agree that it is likely that the JPML will transfer this matter to the Eastern
13  District of Pennsylvania.
14  However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*
15  pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
16  transferred, pursuant to JPML Rule 13(b).
17  It is likely the dates set forth in the *Order Setting Initial Case Management Conference*
18  *and ADR Deadlines* filed August 23, 2007 (Document 3) and the deadlines imposed by Rule 26
19  of the Federal Rules of Civil Procedure, will come to pass before the Clerk of the JPML acts.
20  The parties make this Motion on the grounds that a stay of this action would (a) promote
21  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
22  parties.
23  Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
24  and respectfully request the Court VACATE its *Order Setting Initial Case Management*
25  *Conference and ADR Deadlines* filed August 23, 2007 (Document 3), and that the Court issue
26  an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits
27  of the transfer.
28  ///

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines*
3  filed August 23, 2007 (Document 3), be vacated and all deadlines set by Rule 26 of the Federal
4  Rules of Civil Procedure, be continued pending the outcome of the JPML's decision on the
5  merits of the transfer. Specifically, these deadlines in this matter include the **November 7, 2007**
6  Rule 26 deadline to meet and confer and file Joint ADR Certification, the **November 7,, 2007**
7  Deadline to complete Initial Disclosure and Discovery Plan, the **November 21, 2007** deadline to
8  file the Joint Case Management Statement and the Case Management Conference currently set
9  for **November 28, 2007.**

Dated: October 1, 2007                BRAYTON❖PURCELL LLP

                                      /s/ David R. Donadio
                                  By: _____
                                      David R. Donadio
                                      Attorneys for Plaintiffs

Dated: October 1, 2007                SEDGWICK, DETERT, MORAN &
                                      ARNOLD, LLP

                                      /s/ Derek Johnson
                                  By: _____
                                      Derek Johnson
                                      Attorneys for Defendant,
                                      GENERAL ELECTRIC COMPANY

[PROPOSED]   **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference and ADR Deadlines* filed August 23, 2007 (Document 3), are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer. *Parties to file joint status conference statement by Jan. 14, 2008* [handwritten]

Dated: 10/2/07 [handwritten]

                                      _____
                                      Edward M. Chen
                                      United States Magistrate Judge

K:\Injured\108118\Stip stay or cont (fed22).wpd                3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C07-4352-EMC