1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R.  DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiffs

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11
   JENNIFER S. CAROLAN as Wrongful        )    No. C07-4352-EMC
12 Death Heir, and as Successor-in-Interest to  )
   MICHAEL T.  CAROLAN, Deceased; and     )
13 GILLIAN CAROLAN, as Legal Heir of      )
   MICHAEL T.  CAROLAN, Deceased,         )
14                                         )    JOINT STIPULATION AND MOTION TO
   LORETTA PRETTYMAN as Wrongful          )    DISMISS PLAINTIFFS "D.S.", "J.S." AND
15 Death Heir, and as Successor-in-Interest to  )    "P.S.", ONLY, WITHOUT PREJUDICE;
   LARRY PRETTYMAN, Deceased; and         )    [PROPOSED] ORDER
16 CATHERINE PRETTYMAN, DUSTIN            )
   PRETTYMAN, CHARLIENA                   )
17 PRETTYMAN, D.S. a Minor by and         )
   through his Guardian ad Litem Catherine )
18 Prettyman, J.S., a Minor by and through )
   his Guardian ad Litem Catherine        )
19 Prettyman, P.S., a Minor by and through )
   his Guardian ad Litem Catherine        )
20 Prettyman, as Legal Heirs of LARRY     )
   PRETTYMAN, Deceased,                   )
21                                         )
                  Plaintiffs,              )
22                                         )
   vs.                                     )
23                                         )
   GENERAL ELECTRIC COMPANY,              )
24                                         )
                  Defendant.               )
25 _____)

26

27        The parties hereby jointly stipulate to and respectfully move to Court to dismiss only

28 Plaintiffs identified as "D.S.", "J.S." and "P.S." from  above-entitled action without prejudice

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    with each party to bear its own costs.

2        In conformance with General Order 53 of this Court, the initials D.S., J.S., and P.S., are

3    used because legal heirs D.S., J.S., P.S. are minors.

4        The parties have already signed a joint stipulation to Consent to Proceed Before a

5    United States Magistrate Judge.

6        WHEREFORE the parties request that the Court enter an Order dismissing this action

7    without prejudice, only as to "D.S.", "J.S." and "P.S.",  each party to bear its own costs.

8    Dated: October 17, 2007                    BRAYTON❖PURCELL LLP

9
                                               /s/ David R.  Donadio
10
                                    By:    _____
11                                         David R.  Donadio
                                           Attorneys for Plaintiffs
12

13
     Dated:October 17, 2007                     SEDGWICK, DETERT, MORAN &
14                                              ARNOLD, LLP

15                                              /s/  Derek Johnson
                                    By:    _____
16                                         Derek Johnson
                                           Attorneys for Defendant,
17                                         GENERAL ELECTRIC COMPANY

18

19
     IT IS SO ORDERED:
20

21

22

     _____
23   Edward M. Chen
     United States Magistrate Judge
24

25

26

27

28

JOINT STIPULATION AND MOTION TO DISMISS PLAINTIFFS "D.S.", "J.S." AND "P.S.", ONLY, WITHOUT PREJUDICE;
[PROPOSED] ORDER -  C07-4526-EMC