**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 23, 2007

U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia PA 19106-1796

RE: CV 07-04352 EMC  JENNIFER S CAROLAN-v-GENERAL ELECTRIC CO

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

✔    Certified copy of docket entries.

✔    Certified copy of Transferral Order.

✔    Original case file documents.

✔    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  *Sheila Rash*
Case Systems Administrator

Enclosures
Copies to counsel of record