ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JENNIFER S. CAROLAN etc. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | No. C07-4352-EMC <br><br> JOINT STATUS REPORT |

Pursuant to the Court's Order to Stay of October 2, 2007 (Document 9), staying this action pending transfer to the Asbestos Multi-District Litigation (MDL-875), the parties offer this Joint Status Report.

On October 1, 2007 the Judicial Panel on Multi-District Litigation, by operation of the Conditional Transfer Order (CTO #291), transferred this matter to the United States District Court for the Eastern District of Pennsylvania. As no party has objected, the condition has expited and the Order has now become final.

A true and accurate copy of the aforementioned Order, Document 11, filed October 23, 2007, is attached hereto for reference.

///

Currently, the Honorable James T. Giles had jurisdiction over this action as to all pretrial matters.

Respectfully submitted,

Dated: October 23, 2007

BRAYTON❖PURCELL LLP

By: /s/ David R. Donadio
_____
David R. Donadio
Attorneys for Plaintiffs

Dated: October 23, 2007

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: /s/ Derek Johnson
_____
Derek Johnson
Attorneys for Defendant,
GENERAL ELECTRIC COMPANY