ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | No. MDL-875 (CTO-291) |
| This document relates to *Jennifer S. Carolan et al v. General Electric Company*, United States District Court for the Northern District of California, Case No.C07-4352-EMC. | JOINT STIPULATION AND MOTION TO DISMISS PLAINTIFFS "D.S.", "J.S." AND "P.S.", ONLY, WITHOUT PREJUDICE; [PROPOSED] ORDER |

The parties hereby jointly stipulate to and respectfully move to Court to dismiss only Plaintiffs identified as "D.S.", "J.S." and "P.S." from above-entitled action without prejudice with each party to bear its own costs.

In conformance with General Order 53 of the United States District Court for the Northern District of California, the initials D.S., J.S., and P.S., are used because legal heirs D.S., J.S., P.S. are minors.

///

///

///

WHEREFORE the parties request that the Court enter an Order dismissing this action without prejudice, only as to "D.S.", "J.S." and "P.S.", each party to bear its own costs.

Dated: October 29, 2007                    BRAYTON❖PURCELL LLP

                                           s/ *David R. Donadio*
                                       By: _____
                                           David R. Donadio
                                           Attorneys for Plaintiffs

Dated: October 29, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                           s/ *Derek Johnson*
                                       By: _____
                                           Derek Johnson
                                           Attorneys for Defendant,
                                           GENERAL ELECTRIC COMPANY

IT IS SO ORDERED:


_____
James T. Giles
United States District Judge