WHEREFORE the parties request that the Court enter an Order dismissing this action without prejudice, only as to "D.S.", "J.S." and "P.S.", each party to bear its own costs.

Dated: _____

BRAYTON✣PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs

Dated: 10/29/07

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
Derek Johnson
Attorneys for Defendant,
GENERAL ELECTRIC COMPANY

IT IS SO ORDERED:

_____
James T. Giles
United States District Judge

K:\Injured\108118\Stip DWOP grandkids (MDL CAPTIONED).wpd         2
JOINT STIPULATION AND MOTION TO DISMISS PLAINTIFFS "D.S.", "J.S." AND "P.S.", ONLY, WITHOUT PREJUDICE;
[PROPOSED] ORDER - C07-4526-EMC - - MDL 875