# Brayton❖Purcell LLP

ALAN R. BRAYTON
GILBERT L. PURCELL
———
DAVID R. DONADIO
CHRISTOPHER E. ANDREAS
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
ROBERT M. LEVY
DARRELL J. SALOMON

* ADMITTED ONLY IN STATES
 OTHER THAN CALIFORNIA

TRIAL LAWYERS

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

DANA M. ALI
FRANK J. ANDERS
RON G. ARCHER
LEAH F. BACCITICH
DAVID H. BACKENSTOE
GARY L. BRAYTON
COURTNEY G. BROADEN*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DOUGLAS V. DUKELOW
PETER B. FREDMAN
CHRISTINA D. FRENCH
MICHAEL A. GERCHOW
JOHN B. GOLDSTEIN
LAUREL HALBANY
CECILIA HAN
ZACHARY B. HERSCHENSOHN*
CHRIS E. HERSOM
MEI L. HOM
SARAH K. ISAACS
GARY V. JUDD
CLAYTON W. KENT
KERRY LAIW
CHRIS D. LAND
MATTHEW B. LEE

JACQUELINE K. LOVELESS
MAUREEN C. MCGOWAN
S. BROOK MILLARD*
JENELLE N. MOULYN
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
MARY E. POUGIALES
DEVIN N. ROBINSON*
CHRISTOPHER J. ROGERS*
TONY P. RUCH
WILLIAM F. RUIZ
JAMES E. SHADDUCK*
CHRISTINA C. SKUBIC
EDWARD S. SMITH
ERIC C. SOLOMON
ROBYN L. STEIN
ROBERT C. STRICKLAND
JENNIFER L. SUPMAN
LISA D. TANDOC
PAUL A. VAILLANCOURT
GRANT E. WALTERS
KIMBERLY A. WILLIAMS
NANCY T. WILLIAMS
KYOKO K. WYSE

October 30, 2007

VIA ELECTRONIC FILING

Office of the Clerk of Court
United States District Court for the Northern District of California

Dear Clerk of Court:

    This letter is filed with the Court to explain the recent filing in this matter of the document entitled **"JOINT STIPULATION AND MOTION TO DISMISS PLAINTIFFS "D.S.", "J.S." AND "P.S.", ONLY, WITHOUT PREJUDICE"** which is captioned in the "Eastern District of Pennsylvania". This filing is not a mistake.

    Pursuant to Order of the Judicial Panel on Multidistrict Litigation (JPML) and 28 USC §1407, jurisdiction of this matter has been transferred to the United States District Court for the Eastern District of Pennsylvania for coordinated *pretrial* proceedings. However, at the direction of the Clerk of the Eastern District of Pennsylvania, all new filings are to be filed with and remain with the Northern District of California. This direction is made pursuant to the Order of July 29, 1991 in *In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp 415, 424 (1991), wherein JPML Rule 19(a) is suspended so that the case files and docket sheets of the over 80,000 involved actions remain with their original Courts.

    If you have any questions regarding this matter, please contact my assistant, Montie Derby, at 415-898-1555 extension 335.

    Very Truly Yours,

    /s/ David R. Donadio

    David R. Donadio

DRD:jmd
cc: All Counsel by CM/ECF