ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Carolan etc. et al. v. General Electric Company, United States District Court for the Northern District of California, Case No.C07-4352-EMC. | STATEMENT OF CASE STATUS AS TO PLAINTIFF: GILLIAN CAROLAN |

      Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

      1.     SUBMISSION OF IDENTIFICATION INFORMATION: Plaintiff (full name): GILLIAN CAROLAN; Date of Birth: Gillian Carolan was born June 24, 1982 (Injured Party Michael T. Carolan was born March 7, 1950); Last four digits of plaintiff's social security number: Gillian Carolan's social security information is "6886" (Michael T. Carolan's social security information is "0987"); Plaintiff is a/an: statutory wrongful death heir (The person who suffered the asbestos-related injury was Carolan, Michael T.)

///
///
///

---

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

2. **SUBMISSION OR RELATED COURT ACTIONS:** Plaintiff identifies the following prior and/or pending related court actions (the status of each of the following being "pending" in the court unless otherwise indicated below); attached hereto, and incorporated here by this reference is a list of the parties in the related court action(s):

Carolan v. Asbestos Defendants, San Francisco Superior Court, State of California, case number 455748, filed August 31, 2006, amended for wrongful death allegations on March 21, 2007. Active. Pending.

3. **SUBMISSION OF STATEMENT OF CASE STATUS:** The sole defendants in this action is GENERAL ELECTRIC COMPANY which is active and unsettled. Plaintiff is not currently seeking dismissal of any of the active unsettled defendants.

4. **SUBMISSION OF MEDICAL REPORTS:** Plaintiff submits that attached medical diagnosing report(s) / opinion(s).

5. **ALTERNATIVE PLAINTIFF SUBMISSION:** Not Applicable.

6. **TIMING REQUIREMENTS:** The schedule set forth by the Court in Paragraph 6 of Administrative Order No. 12 states that "Plaintiffs whose cases were filed during the years 2007 shall file with the court their required papers on or before August 1,2007." Although this Plaintiff filed this action in 2007, it was filed in the originating Court *after August 1, 2007* and has only recently come under the Jurisdiction of the Honorable James T. Giles, U.S. District Judge, Eastern District of Pennsylvania ("Transferee Court"). The Conditional Transfer Order No. 291 was sent to the Transferee Court sometime after October 17, 2007. Plaintiff submits that this report is submitted within a reasonable time following transfer of jurisdiction and respectfully requests that the Court accept the report as timely.

7. **SCREENED CASES:** Plaintiff's claims are not the result of a mass screening.

8. **EXCLUSIONS:** This case is not designated as 2MDL 875 (MARDOC).

9. **SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND:** Plaintiff respectfully asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

///

---

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

10. MANNER OF SUBMISSIONS: The foregoing report and attachments is served in this above-identified action pursuant to the local rules of the originating court, upon filing with said court, using that Court's transmission facilities, to recipients by means of the said court's Case Management / Electronic Case Filing (CM/ECF) system. See Certificate of Service attached hereto.

Dated: October 19, 2007                               BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
David R. Donadio
Attorneys for Plaintiff

---

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

DEFENDANTS IN STATE COURT ACTION

1. ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
2. THOMAS DEE ENGINEERING CO., INC.
3. FOSTER WHEELER LLC
4. GARLOCK SEALING TECHNOLOGIES, LLC
5. OWENS-ILLINOIS, INC.
6. PARKER-HANNIFIN CORPORATION
7. PLANT INSULATION COMPANY
8. QUINTEC INDUSTRIES, INC.
9. RAPID-AMERICAN CORPORATION
10. UNIROYAL HOLDING, INC.
11. UNITED TECHNOLOGIES CORPORATION
12. VIACOM, INC.
13. WESTERN MacARTHUR COMPANY
14. MacARTHUR COMPANY
15. WESTERN ASBESTOS COMPANY
16. HONEYWELL INTERNATIONAL, INC.
17. AUTOZONE WEST, INC.
18. CSK AUTO, INC.
19. GENUINE PARTS COMPANY (GPC)
20. THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA
21. ELLIOTT TURBOMACHINERY CO., INC.
22. INGERSOLL-RAND COMPANY
23. LESLIE CONTROLS, INC.
24. LAMONS GASKET COMPANY
25. METALCLAD INSULATION CORPORATION
26. THORPE INSULATION COMPANY
27. C.C. MOORE & CO. ENGINEERS
28. HOPEMAN BROTHERS, INC.
29. J.T. THORPE & SON, INC.
30. SB DECKING, INC.
31. E.J. BARTELLS COMPANY
32. J.T. THORPE, INC.
33. METROPOLITAN LIFE INSURANCE COMPANY
34. PNEUMO ABEX LLC
35. GATKE CORPORATION
36. AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
37. UNDERWRITERS LABORATORIES, INC.

and DOES 1-8500,

Defendants.

<u>Jennifer S. Carolan, et al., vs. Asbestos Defendants (B❖P)</u>
San Francisco Superior Court No. 455748

# Alta Bates
## MEDICAL CENTER
### ANATOMIC PATHOLOGY

Date 12-16-06

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of 4 page(s) in the case of Michael Carolan.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer, M.D.    /WRS

WRS/w

Alta Bates Medical Center
Ashby Campus, 2450 Ashby Avenue, Berkeley, CA 94705
Tel 510.204.1642 • Fax 510.549.2671

Carolan, Michael          WRS          L06 –
DOB 3-7-50                             Brayton

Death Certificate
DOD: 9-2-06
COD: Lung cancer


Name: Carolan, Michael
Accession: WRS06-58

Received from Pathology Support Services is a container of tissue belonging to decedent Michael Carolan, DOB: 3/7/1950, DOD 9/2/2006. The container is additionally labeled with PSS identification no. PSS L06-203.

The specimen consists of the bilateral lungs in continuity with soft tissues of the chest that includes the heart and intact pericardial sac, trachea, larynx, esophagus, descending aorta and thyroid. Also included in the same container is a portion of duodenum and the head of the pancreas, prostate, some pieces of parietal pleura and a wedge of liver.

Heart: The heart is 434 gm. The epicardial surface is intact. The coronary arteries have atherosclerotic plaque and luminal compromise with almost completely appears occluded in the circumflex. The LAD has some thickening but is patent. The right coronary artery, likewise, has thickening and narrowing to a pinpoint opening. There is left ventricular hypertrophy with a thickness of up to 1.6 cm. In the posterior apex and one third of the posterior septum there is obvious fibrous thickening consistent with myocardial insult. The myocardium within this area narrows to 0.5 cm.

Esophagus: The esophagus is of uniform caliber. The mucosa is gray and unremarkable.

Trachea: The trachea is partially filled with tan mucoid material. The mucosa in the larynx is gray and smooth.

Thyroid: The thyroid has a normal shape with a red-brown surface. No nodules are identified. The pericardial sac is attached. The periaortic lymph nodes have obvious tumor nodularity with a diameter of up to 3 cm.

Liver: The liver is 11 x 6 x 2 cm. Cut surfaces are yellow brown and unremarkable.

Prostate: The prostate is 4.5 x 4.5 x 2.2 cm. Cut surfaces are gray and unremarkable without obvious tumor change.

Pancreas: The head of the pancreas is 6 x 3 x 2 cm. The cut surfaces are gray with normal lobular architecture and no obvious tumor change.

Duodenum: The duodenum has a tan mucosa with a normal folding pattern.

Lungs: The left lung is 1352 gm and the right lung is 1460 gm. The pleural surfaces have delicate adhesions. There is bilateral anthracotic mottling and emphysematous changes. The lungs are firm with an obvious tumor in the right hilum that significantly involves all three lobes. Sections through the left lung also reveal tumor that involves the upper and lower lobes.

Carolan WRS 

Cassette Summary: A1 – liver and apex of prostate; A2 – pancreas, duodenum; A3 – periaortic and peritracheal lymph nodes; A4 – thyroid; A5 – heart and coronary arteries; A6 – right lower lobe; A7 – right upper lobe; A8 – hilum, right; A9 – left lower lobe; A10 – left upper lobe.

Iron stains ordered on A6-A10

Caveland

④

Diagnoses, based on slides prepared from COPD
fixed tissue:

H&E: A1-A10;  Fe: A6-A10
PASD, CK7, CK20, TTF1, PSA (A9)

— Adenocarcinoma of the lung c̄ associated scarring; metastases to bronchial + mediastinal lymph nodes; extensive involvement of both lungs + pleura
— Pos PASD, CK7, CK20 (focal, weak), TTF-1 (nuclear)
— Neg PSA
— Moderate to severe emphysema
— Focal, peribronchiolar fibrosis
— Pleural fibrosis
— 0 asbestos bodies in 18.3 cm² of lung tissue
— Coronary + aortic atherosclerosis
— Old myocardial infarct

# COUNTY OF LOS ANGELES
## DEPARTMENT OF HEALTH SERVICES

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST (Given) | MICHAEL |
| 2. MIDDLE | TIMOTHY |
| 3. LAST (Family) | CAROLAN |
| 4. DATE OF BIRTH | 03/07/1950 |
| 5. AGE | 56 Yrs |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | MT |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | YES |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 09/02/2006 |
| 8. HOUR | 2241 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. HISPANIC? | NO |
| 16. RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | WELDING FOREMAN |
| 18. KIND OF BUSINESS OR INDUSTRY | US GOVERNMENT |
| 19. YEARS IN OCCUPATION | 32 |
| 20. DECEDENT'S RESIDENCE | 3659 ALBURY AVE. |
| 21. CITY | LONG BEACH |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90808 |
| 24. YEARS IN COUNTY | 35 |
| 25. STATE | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | JENNIFER CAROLAN, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 3659 ALBURY, LONG BEACH, CA 90808 |
| 28. NAME OF SURVIVING SPOUSE - FIRST | JENNIFER |
| 29. MIDDLE | SUE |
| 30. LAST (BIRTH NAME) | DOSS |
| 31. NAME OF FATHER - FIRST | BRUCE |
| 33. LAST | CAROLAN |
| 34. BIRTH STATE | USA-UNK |
| 35. NAME OF MOTHER - FIRST | PHYLLIS |
| 37. LAST (BIRTH NAME) | CORDES |
| 38. BIRTH STATE | USA-UNK |
| 39. DISPOSITION DATE | 09/18/2006 |
| 40. PLACE OF FINAL DISPOSITION | RES: JENNIFER CAROLAN, 3659 ALBURY AVE., LONG BEACH, CA 90808 |
| 41. TYPE OF DISPOSITION | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | NEPTUNE SOCIETY |
| 45. LICENSE NUMBER | FD 1289 |
| 46. SIGNATURE OF LOCAL REGISTRAR | Jonathan E Fielding MD |
| 47. DATE | 09/18/2006 |
| 101. PLACE OF DEATH | KAISER FOUNDATION HOSPITAL |
| 102. IF HOSPITAL | IP |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 9400 E. ROSECRANS AVE. |
| 106. CITY | BELLFLOWER |
| 107. CAUSE OF DEATH (A) IMMEDIATE | LUNG CANCER |
| (A) TIME INTERVAL | MONTHS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | YES |
| 110. AUTOPSY PERFORMED? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 114. Decedent Attended Since (A) | 06/29/2001 |
| Decedent Last Seen Alive (B) | 09/02/2006 |
| 116. LICENSE NUMBER | G075184 |
| 117. DATE | 09/05/2006 |
| 118. ATTENDING PHYSICIAN | BRIAN KOROTZER, M.D., 9400 E. ROSECRANS AVE., BELLFLOWER, CA 90706 |

*HD0462088*

This is a true certified copy of the record filed in the County of Los Angeles Department of Health Services if it bears the Registrar's signature in purple ink.

Jonathan E Fielding MD
Director of Health Services and Registrar

DATE ISSUED: SEP 21 2006

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

