ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Carolan etc. et al. v. General Electric Company, United States District Court for the Northern District of California, Case No.C07-4352-EMC. | STATEMENT OF CASE STATUS AS TO PLAINTIFF: CHARLIENA PRETTYMAN |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION: Plaintiff (full name): CHARLIENA PRETTYMAN; Date of Birth: CHARLIENA PRETTYMAN was born September 6, 1984. (Larry Prettyman was born March 1, 1956); Last four digits of plaintiff's social security number: CHARLIENA PRETTYMAN's social security information is 6398. (Larry Prettyman's social security information is 7523); Plaintiff is a/an: statutory wrongful death heir (The person who suffered the asbestos-related injury was Prettyman, Larry.)

2. SUBMISSION OR RELATED COURT ACTIONS: Plaintiff identifies the following prior and/or pending related court actions (the status of each of the following being "pending" in the court unless otherwise indicated below); attached hereto, and incorporated here

by this reference is a list of the parties in the related court action(s):

Prettyman v. Asbestos Defendants, San Francisco Superior Court, State of California, case number 458091, filed November 21, 2006, Active. Pending.

3. SUBMISSION OF STATEMENT OF CASE STATUS: The sole defendants in this action is GENERAL ELECTRIC COMPANY which is active and unsettled. Plaintiff is not currently seeking dismissal of any of the active unsettled defendants.

4. SUBMISSION OF MEDICAL REPORTS: Plaintiff submits that attached medical diagnosing report(s) / opinion(s).

5. ALTERNATIVE PLAINTIFF SUBMISSION: Not Applicable.

6. TIMING REQUIREMENTS: The schedule set forth by the Court in Paragraph 6 of Administrative Order No. 12 states that "Plaintiffs whose cases were filed during the years 2007 shall file with the court their required papers on or before August 1,2007." Although this Plaintiff filed this action in 2007, it was filed in the originating Court *after August 1, 2007* and has only recently come under the Jurisdiction of the Honorable James T. Giles, U.S. District Judge, Eastern District of Pennsylvania ("Transferee Court"). The Conditional Transfer Order No. 291 was sent to the Transferee Court sometime after October 17, 2007. Plaintiff submits that this report is submitted within a reasonable time following transfer of jurisdiction and respectfully requests that the Court accept the report as timely.

7. SCREENED CASES: Plaintiff's claims are not the result of a mass screening.

8. EXCLUSIONS: This case is not designated as 2MDL 875 (MARDOC).

9. SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND: Plaintiff respectfully asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

///
///
///
///

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1       10.    MANNER OF SUBMISSIONS:  The foregoing report and attachments is served in this above-identified action pursuant to the local rules of the originating court, upon filing with said court, using that Court's transmission facilities, to recipients by means of the said court's Case Management / Electronic Case Filing (CM/ECF) system.  See Certificate of Service attached hereto.

Dated: October 19, 2007                         BRAYTON❖PURCELL LLP

                                                 /s/ David R. Donadio

                            By: _____
                                David R. Donadio
                                Attorneys for Plaintiff

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

DEFENDANTS IN STATE COURT ACTION

1  ALLIS-CHALMERS CORPORATION PRODUCT
     LIABILITY TRUST
2  CRANE CO.
   FOSTER WHEELER LLC
3  GARLOCK SEALING TECHNOLOGIES, LLC
   OWENS-ILLINOIS, INC.
4  PARKER-HANNIFIN CORPORATION
   PLANT INSULATION COMPANY
5  QUINTEC INDUSTRIES, INC.
   RAPID-AMERICAN CORPORATION
6  UNIROYAL HOLDING, INC.
   VIACOM, INC.
7  WESTERN MacARTHUR COMPANY
   MacARTHUR COMPANY
8  WESTERN ASBESTOS COMPANY
   HONEYWELL INTERNATIONAL, INC.
9  FORD MOTOR COMPANY
   GENUINE PARTS COMPANY (GPC)
10 FMC CORPORATION
   TYCO INTERNATIONAL (US) INC.
11 IMO INDUSTRIES, INC.
   LESLIE CONTROLS, INC.
12 INGERSOLL-RAND COMPANY
   HENRY VOGT MACHINE CO.
13 ARMSTRONG INTERNATIONAL, INC.
   THOMAS DEE ENGINEERING CO., INC.
14 GENERAL REFRACTORIES
   THORPE INSULATION COMPANY
15 BUFFALO PUMPS, INC.
   GENERAL MOTORS CORPORATION
16 J.T. THORPE, INC.
   J.T. THORPE & SON, INC.
17 METROPOLITAN LIFE INSURANCE COMPANY
   PNEUMO ABEX LLC
18 GATKE CORPORATION
   AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
19 UNDERWRITERS LABORATORIES, INC.
   and DOES 1-8500,         AND ADDITONAL DEFENDANTS
20
        Defendants.              OAKFABCO, INC
21                               RAY BURNER COMPANY

22 <u>Loretta Prettyman, et al., vs. Asbestos Defendants (B❖P)</u>
   San Francisco Superior Court No. 458091
23

24

25

26

27

28

K:\Injured\106873\CMP-WDSII.wpd           24
FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH -ASBESTOS

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

January 30, 2007

**PRETTYMAN, LARRY**

**EXAMINATION**: A CT scan of the chest including conventional and prone high resolution images. The study is performed at United Hospital Center on 1/23/07 and is technically adequate.

**DATE OF EXAMINATION**: January 23, 2007

In the nondependent lung fields on the prone high resolution images the patient has changes of honeycombing traction bronchiectasis, parenchymal bands and architectural distortion. These findings are noted predominantly in the upper and mid lung zones and have a central as well as peripheral distribution. The lung bases appear to be relatively spared.

A calcified right diaphragmatic pleural plaque is present.

**IMPRESSION**:

THE PATIENT HAS FINDINGS CONSISTENT WITH INTERSTITIAL FIBROSIS. THEY ARE SOMEWHAT ATYPICAL FOR ASBESTOS RELATED INTERSTITIAL FIBROSIS. PLEASE RULE OUT OTHER POSSIBLE CAUSES OF INTERSTITIAL FIBROSIS.

A CALCIFIED RIGHT DIAPHRAGMATIC PLEURAL PLAQUE IS PRESENT. THIS FINDING IS STRONGLY SUGGESTIVE OF ASBESTOS RELATED PLEURAL DISEASE.

# DEPARTMENT OF VETERANS AFFAIRS

*Clarksburg*
*1 Medical Center Drive*
*Mail Stop: 136*
*Clarksburg, WV 26301*

DATE: 1/17/2007
In Reply Refer To: 136

BRAYTON PURCELL
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169

RE: ROI Request for LARRY PRETTYMAN

Dear BRAYTON PURCELL:

The information listed below concerns your recent request to release information.
Sincerely,


TIMOTHY W PHILLIPS - Release of Information

# Radiology Report

Printed On Jan 17, 2007

```
CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU         Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                       Img Loc: RADIOLOGY IMAGING
                                       Service: Unknown


  (Case 807 COMPLETE)   CHEST 2 VIEWS PA&LAT            (RAD Detailed) CPT:71020

      Clinical History:
       .Do today, PATIENT IS HERE Additional Scheduling Info:
       ******************************************

       Reason for Exam: Cold S/S

      Report Status: Verified                    Date Reported: DEC 15, 2006
                                                 Date Verified: DEC 15, 2006
      Verifier E-Sig:/ES/DAVID FORE

      Report:
        PA and lateral views of the chest are compared to prior exams
        dated 02/06/2006 and 04/09/2005 again demonstrating extensive
        interstitial pulmonary fibrosis in both lungs similar to the most
        recent prior study. There is no consolidation, effusion or
        pneumothorax. There is stable cardiomegaly. Spinal alignment and
        vertebral body height are preserved.



      Impression:
        Interstitial pulmonary fibrosis similar to the most recent prior
        exam. Stable cardiomegaly. No acute process is identified.

      Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

    Primary Interpreting Staff:
      DAVID FORE, Contract Radiologist (Verifier)
    /DCF




    COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

    Proc Ord: ECHO (CARDIAC)
    Exm Date: NOV 30, 2006@08:31
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| PRETTYMAN, LARRY<br>705 DUFF AVE<br>CLARKSBURG, WEST VIRGINIA   26301<br>515567523 | Printed at CLARKSBURG VAMC |

Page 1

# DEPARTMENT OF VETERANS AFFAIRS

*Clarksburg*
*1 Medical Center Drive*
*Mail Stop: 136*
*Clarksburg, WV 26301*

DATE: 1/17/2007
In Reply Refer To: 136

BRAYTON PURCELL
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169

RE: ROI Request for LARRY PRETTYMAN

Dear BRAYTON PURCELL:

The information listed below concerns your recent request to release information.
Sincerely,

TIMOTHY W PHILLIPS - Release of Information

# Radiology Report

Printed On Jan 17, 2007

```
CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU        Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                      Img Loc: RADIOLOGY IMAGING
                                      Service: Unknown


(Case 807 COMPLETE)   CHEST 2 VIEWS PA&LAT          (RAD Detailed) CPT:71020

    Clinical History:
     Do today, PATIENT IS HERE Additional Scheduling Info:
     ******************************************

     Reason for Exam: Cold S/S

    Report Status: Verified                  Date Reported: DEC 15, 2006
                                             Date Verified: DEC 15, 2006
    Verifier E-Sig:/ES/DAVID FORE

    Report:
      PA and lateral views of the chest are compared to prior exams
      dated 02/06/2006 and 04/09/2005 again demonstrating extensive
      interstitial pulmonary fibrosis in both lungs similar to the most
      recent prior study. There is no consolidation, effusion or
      pneumothorax. There is stable cardiomegaly. Spinal alignment and
      vertebral body height are preserved.


    Impression:
      Interstitial pulmonary fibrosis similar to the most recent prior
      exam. Stable cardiomegaly. No acute process is identified.

    Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

Primary Interpreting Staff:
  DAVID FORE, Contract Radiologist (Verifier)
/DCF




COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

Proc Ord: ECHO (CARDIAC)
Exm Date: NOV 30, 2006@08:31
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| PRETTYMAN, LARRY<br>705 DUFF AVE<br>CLARKSBURG, WEST VIRGINIA  26301<br>515567523 | Printed at CLARKSBURG VAMC |