# Brayton❖Purcell LLP

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br>———<br>DAVID R. DONADIO<br>CHRISTOPHER E. ANDREAS<br>LLOYD F. LEROY<br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br>RICHARD R. KUHN<br>ROBERT M. LEVY<br>DARRELL J. SALOMON<br><br>* ADMITTED ONLY IN STATES<br>   OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | DANA M. ALI<br>FRANK J. ANDERS<br>RON G. ARCHER<br>LEAH F. BACCITICH<br>DAVID H. BACKENSTOE<br>GARY L. BRAYTON<br>COURTNEY G. BROADEN*<br>ANDREW CHEW<br>KIMBERLY J. CHU<br>HUGH C. COOK<br>DOUGLAS V. DUKELOW<br>PETER B. FREDMAN<br>CHRISTINA D. FRENCH<br>MICHAEL A. GERCHOW<br>JOHN B. GOLDSTEIN<br>LAUREL HALBANY<br>CECILIA HAN<br>ZACHARY B. HERSCHENSOHN*<br>CHRIS E. HERSOM<br>MEI L. HOM<br>SARAH K. ISAACS<br>GARY V. JUDD<br>CLAYTON W. KENT<br>KERRY LAIW<br>CHRIS D. LAND<br>MATTHEW B. LEE | JACQUELINE K. LOVELESS<br>MAUREEN C. MCGOWAN<br>S. BROOK MILLARD*<br>JENELLE N. MOULYN<br>JAMES P. NEVIN<br>JULIET K. NGUYEN<br>OREN P. NOAH<br>MARY E. POUGIALES<br>DEVIN N. ROBINSON*<br>CHRISTOPHER J. ROGERS*<br>TONY P. RUCH<br>WILLIAM F. RUIZ<br>JAMES E. SHADDUCK*<br>CHRISTINA C. SKUBIC<br>EDWARD S. SMITH<br>ERIC C. SOLOMON<br>ROBYN L. STEIN<br>ROBERT C. STRICKLAND<br>JENNIFER L. SUPMAN<br>LISA D. TANDOC<br>PAUL A. VAILLANCOURT<br>GRANT E. WALTERS<br>KIMBERLY A. WILLIAMS<br>NANCY T. WILLIAMS<br>KYOKO K. WYSE |

October 31, 2007

VIA ELECTRONIC FILING

Office of the Clerk of Court
United States District Court for the Northern District of California

Dear Clerk of Court:

      This letter is filed with the Court to explain the recent filing in this matter of the document(s) entitled **"Statement of Case Status as to Plaintiff"** which is captioned in the "Eastern District of Pennsylvania". These filings are not a mistake.

      Pursuant to Order of the Judicial Panel on Multidistrict Litigation (JPML) and 28 USC §1407, jurisdiction of this matter has been transferred to the United States District Court for the Eastern District of Pennsylvania for coordinated *pretrial* proceedings. However, at the direction of the Clerk of the Eastern District of Pennsylvania, all new filings are to be filed with and remain with the Northern District of California. This direction is made pursuant to the Order of July 29, 1991 in *In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp 415, 424 (1991), wherein JPML Rule 19(a) is suspended so that the case files and docket sheets of the over 80,000 involved actions remain with their original Courts.

      If you have any questions regarding this matter, please contact my assistant, Montie Derby, at 415-898-1555 extension 335.

      Very Truly Yours,

      /s/ David R. Donadio

      David R. Donadio

DRD:jmd
cc: All Counsel by CM/ECF