1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7
                              UNITED STATES DISTRICT COURT
8
                            EASTERN DISTRICT OF PENNSYLVANIA
9
10  IN RE: ASBESTOS PRODUCTS LIABILITY     )    Civil Action No.  MDL. 875
    LITIGATION (NO. VI),                   )
11                                         )
                                           )
12                                         )
    This document relates to Carolan etc. et al. v.  )   **REVISED** STATEMENT OF CASE
13  General Electric Company, United States District )   STATUS AS TO PLAINTIFF:
    Court for the Northern District of California,   )   GILLIAN CAROLAN
14  Case No.C07-4352-EMC.                  )
                                           )
15                                         )
                                           )
16                                         )   DEADLINE: DECEMBER 1, 2007
                                           )
17  _____)

18         By letter of October 31, 2007, Counsel for Plaintiff submitted to the Court a *Statement of*

19  *Case Status*.  Said Statement did not include the report of Pulmonologist H. R. Bruch, M.D.  This

20  *Revised Statement of Case Status* is submitted to include the Dr. Bruch's report with the

21  Statement.  Plaintiff respectfully asks the Court to accept this revised statement in substitution of

22  the report previously submitted.  This *Revised Statement of Case Status* is submitted within the

23  December 1, 2007 deadline.

24         Therefore, Pursuant to Administrative Order No. 12 of May 31, 2007, the above-

25  referenced plaintiff  makes the following statements:

26         1.      SUBMISSION OF IDENTIFICATION INFORMATION:  Plaintiff (full name):

27  GILLIAN CAROLAN;  Date of Birth: Gillian Carolan was born June 24, 1982 (Injured Party

28  Michael T. Carolan was born March 7, 1950);  Last four digits of plaintiff's social security

---
STATEMENT OF CASE STATUS - -  MDL DOCKET NO. 875

1  number: Gillian Carolan's social security information is "6886" (Michael T. Carolan's social
2  security information is "0987"); Plaintiff is a/an: statutory wrongful death heir (The person who
3  suffered the asbestos-related injury was Carolan, Michael T.)

4  2. SUBMISSION OR RELATED COURT ACTIONS: Plaintiff identifies the
5  following prior and/or pending related court actions (the status of each of the following being
6  "pending" in the court unless otherwise indicated below); attached hereto, and incorporated here
7  by this reference is a list of the parties in the related court action(s):

8  Carolan v. Asbestos Defendants, San Francisco Superior Court, State of California, case
9  number 455748, filed August 31, 2006, amended for wrongful death allegations on March 21,
10  2007. Active. Pending.

11  3. SUBMISSION OF STATEMENT OF CASE STATUS: The sole defendants in
12  this action is GENERAL ELECTRIC COMPANY which is active and unsettled. Plaintiff is not
13  currently seeking dismissal of any of the active unsettled defendants.

14  4. SUBMISSION OF MEDICAL REPORTS: Plaintiff submits that attached
15  medical diagnosing report(s) / opinion(s).

16  5. ALTERNATIVE PLAINTIFF SUBMISSION: Not Applicable.

17  6. TIMING REQUIREMENTS: The schedule set forth by the Court in Paragraph 6
18  of Administrative Order No. 12 states that "Plaintiffs whose cases were filed during the years
19  2007 shall file with the court their required papers on or before August 1, 2007." Although this
20  Plaintiff filed this action in 2007, it was filed in the originating Court *after August 1, 2007* and
21  has only recently come under the Jurisdiction of the Honorable James T. Giles, U.S. District
22  Judge, Eastern District of Pennsylvania ("Transferee Court"). The Conditional Transfer Order
23  No. 291 was sent to the Transferee Court sometime after October 17, 2007. Plaintiff submits
24  that this report is submitted within a reasonable time following transfer of jurisdiction and
25  respectfully requests that the Court accept the report as timely.

26  7. SCREENED CASES: Plaintiff's claims are not the result of a mass screening.
27  8. EXCLUSIONS: This case is not designated as 2MDL 875 (MARDOC).
28  ///

---

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1  9.  SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND: Plaintiff respectfully asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10. MANNER OF SUBMISSIONS: The foregoing report and attachments is served in this above-identified action pursuant to the local rules of the originating court, upon filing with said court, using that Court's transmission facilities, to recipients by means of the said court's Case Management / Electronic Case Filing (CM/ECF) system. See Certificate of Service attached hereto.

Dated: November 18, 2007

BRAYTON❖PURCELL LLP

/s/ DAVID R. DONADIO

By: _____
David R. Donadio
Attorneys for Plaintiff

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

DEFENDANTS IN STATE COURT ACTION

1. ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
2. THOMAS DEE ENGINEERING CO., INC.
3. FOSTER WHEELER LLC
4. GARLOCK SEALING TECHNOLOGIES, LLC
5. OWENS-ILLINOIS, INC.
6. PARKER-HANNIFIN CORPORATION
7. PLANT INSULATION COMPANY
8. QUINTEC INDUSTRIES, INC.
9. RAPID-AMERICAN CORPORATION
10. UNIROYAL HOLDING, INC.
11. UNITED TECHNOLOGIES CORPORATION
12. VIACOM, INC.
13. WESTERN MacARTHUR COMPANY
14. MacARTHUR COMPANY
15. WESTERN ASBESTOS COMPANY
16. HONEYWELL INTERNATIONAL, INC.
17. AUTOZONE WEST, INC.
18. CSK AUTO, INC.
19. GENUINE PARTS COMPANY (GPC)
20. THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA
21. ELLIOTT TURBOMACHINERY CO., INC.
22. INGERSOLL-RAND COMPANY
23. LESLIE CONTROLS, INC.
24. LAMONS GASKET COMPANY
25. METALCLAD INSULATION CORPORATION
26. THORPE INSULATION COMPANY
27. C.C. MOORE & CO. ENGINEERS
28. HOPEMAN BROTHERS, INC.
29. J.T. THORPE & SON, INC.
30. SB DECKING, INC.
31. E.J. BARTELLS COMPANY
32. J.T. THORPE, INC.
33. METROPOLITAN LIFE INSURANCE COMPANY
34. PNEUMO ABEX LLC
35. GATKE CORPORATION
36. AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
37. UNDERWRITERS LABORATORIES, INC.

and DOES 1-8500,

   Defendants.

Jennifer S. Carolan, et al., vs. Asbestos Defendants (B✦P)
San Francisco Superior Court No. 455748

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# East Bay Pulmonary Medical Group  *Professional Corporation*

Herman R. Bruch, M.D.
Pulmonary Medicine

Richard A. Bordow, M.D.
Internal Medicine

Frederick J. Nachtwey, M.D.
Occupational Lung Diseases

Sleep Medicine

November 19, 2007

Alan R. Brayton, Esq.
Brayton Purcell Law Firm
222 Rush Landing Road
Novato, CA 94948

RE: MICHAEL T. CAROLAN, DECEASED

## MEDICAL-LEGAL REVIEW

Dear Mr. Brayton:

Your office has provided me with a folder of medical records on Mr.†Michael T. Carolan, Deceased, and asked me to review them. These records are divided into five sections. Each section will be briefly summarized before I make some concluding remarks.

### I. DEATH CERTIFICATE

Section I contains the Death Certificate from the County of Los Angeles indicating that Michael Timothy Carolan died on September 2, 2006, at the age of 56 years. The cause of death is listed as lung cancer of "months" duration.

### II. MEDICAL RECORDS OF WILLIAM SALYER, M.D.

Section II consists of medical records from the office of Dr. William Salyer, a consulting pathologist at Alta Bates Medical Center. These records indicate that Dr. Salyer received the Death Certificate on Michael Carolan and also received a container of tissue from Pathology Support Services which consisted of internal

organs from the thorax and abdomen, representing a postmortem autopsy. There is a page of gross anatomy description, which appears to be Dr. Salyer's description of the organs received. Specifically, he describes both lungs as being involved with cancer, with additional involvement of the right hilum. The lung is described as showing bilateral anthracotic mottling and emphysematous changes. The lung histology is summarized on page 4 of Dr. Salyer's records, which includes Dr. Salyer's pathologic diagnosis: Adenocarcinoma of the lung with associated scarring. Metastasis to bronchial and mediastinal lymph nodes. Extensive involvement of both lungs and pleura. Moderate to severe emphysema. Focal peribronchiolar fibrosis. Pleural fibrosis. No asbestos bodies in 18.3 $cm^2$ of lung tissue. Coronary and aortic atherosclerosis and old myocardial infarct.

### III. MEDICAL RECORDS OF KAISER FOUNDATION HOSPITAL, BELLFLOWER

Section III consists of medical records of Kaiser Foundation Hospital in Bellflower, California. These records contain the hospitalization of Mr. Carolan for two days in January of 2006 for pneumonia and chronic obstructive pulmonary disease. His secondary diagnosis was hypertension, hypercholesterolemia, and gastroesophageal reflux disease. His admission record indicates he was a 55-year-old male smoker with increasing shortness of breath. He had a positive history of myocardial infarction at the age of 20 and hyperlipidemia. He had smoked one pack of cigarettes a day for the past 40 years. His chest x-ray showed bilateral infiltrate, left greater than right.

A pulmonary consultation dated January 23, 2006, is reviewed by Dr. Brian Korotzer, a pulmonologist, and indicates Mr. Carolan was readmitted at that time because of increased dyspnea. He had a one-pack-a-day smoking history throughout his life. He worked as a welder at the Long Beach Naval Shipyard in the late 1960s, until the early 1990s, and had heavy exposure to asbestos. A CT scan of the chest showed extensive mediastinal adenopathy, bilateral parenchymal nodular densities, and a spiculated density in the left upper lobe. Dr. Korotzer suspected lung cancer and planned a workup including bronchoscopy. The bronchoscopy showed non-small cell lung cancer. The patient was referred to oncology and treated with chemotherapy. He had extensive bilateral disease due to lymphangitic spread.

Also in this section is an admission note indicating Mr. Carolan was hospitalized on August†29, 2006, because of increasing shortness of breath. This note indicates that a diagnosis of non-small cell lung cancer with lymphadenopathy was made as an outpatient earlier, and he had been treated with outpatient chemotherapy. The admission note makes it clear that the patient was

worsening despite the chemotherapy. It also mentions a history of heavy asbestos exposure, a history of heavy smoking, and a history of chronic obstructive pulmonary disease. He died during this admission, on September 2, 2006.

There is a To Whom It May Concern letter dated August 15, 2006, signed by Dr. Brian Korotzer, summarizing his treatment and diagnosis, including a final paragraph indicating that it was his opinion that given the patient's very heavy asbestos history as well as tobacco history, both these factors contributed to the development of this patient's cancer.

## IV. MEDICAL RECORDS OF KAISER PERMANENTE CLINIC, DOWNEY

Section IV consists of medical records of Kaiser Permanente Clinic, Downey (Santa Fe Springs). These contain a bronchoscopy/bronchoalveolar lavage specimen report dated 25 January 2006. The pathology report was noted as positive for non-oat cell carcinoma, signed by Dr. Masood Sadeghi. This section contains outpatient records documenting the care that Mr. Carolan received in 2006, including his chemotherapy and followup for his extensive metastatic lung cancer.

## V. ANSWERS TO STANDARD ASBESTOS CASE INTERROGATORIES

Section V contains Answers to Standard Asbestos Case Interrogatories, Set #1, given by Jennifer Carolan, the Wrongful Death Heir. These records indicate that the patient smoked from 1968 until 2006, an average of one pack per day. His occupational history indicates that he started working in 1966 and continued through 1968 as a stock clerk in a grocery store. In 1968 he became a riveter at the Boeing Company in Seattle. He was in the U.S. Army from 1970 through 1972, and following his military service he spent one year as a draftsman at Com Systems in Long Beach, California.

From 1974 through 1997, he worked as a welder at the Long Beach Naval Shipyard. These records indicate that he worked in the dry dock onboard vessels as a welder, which included removing existing insulation and working adjacent to insulators that helped install and construct boilers. These records indicate that he had extensive exposure to asbestos, as he worked directly on asbestos-lined installations and worked adjacent to other trades that were also altering asbestos.

He worked up until February of 2006.

He also had nonoccupational exposure to asbestos in that he did up to 24 brake jobs and 12 clutch replacements on his personal and friends' vehicles.

## SUMMARY AND CONCLUSION

This patient was discovered to have cancer of the lung which was diffusely metastatic throughout both lungs in January of 2006. His occupational history shows extensive asbestos exposure from 1974 through 2006, while working as a welder at the Long Beach Naval Shipyard. He also was a smoker from 1968 through 2006 with a 38†pack-year history of smoking. Both tobacco exposure and asbestos are well-known lung carcinogens, and one can reasonably attribute the development of his lung cancer to the combined exposure to both tobacco and asbestos. The fact that he had occupational exposure to asbestos would dramatically increase the incidence of lung cancer in this heavy smoker, as the effects of these two carcinogens are multiplicative in increasing the incidence of cancer. While cigarette smoking alone would increase the incidence of lung cancer compared to that of a nonsmoker by approximately 10†times the incidence of lung cancer in a non smoking normal person, the added effect of asbestos exposure would increase this incidence to approximately 50 times compared to normal.

## IMPRESSION

Adenocarcinoma of the lung with diffuse metastatic spread throughout both lungs, caused by the combined effect of tobacco exposure and occupational exposure to asbestos.

HERMAN R. BRUCH, M.D.

HB/mt500/431

# Alta Bates

MEDICAL CENTER
ANATOMIC PATHOLOGY

Date 12-16-06

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of 4 page(s) in the case of _Michael Carolan_.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer, M.D.   /WRS

WRS/w

Alta Bates Medical Center
Ashby Campus, 2450 Ashby Avenue, Berkeley, CA 94705
Tel 510.204.1642 • Fax 510.549.2671

Carolan, Michael
DOB 3-7-50

WRS

L06 —
Brayton

Death Certificate
DOD: 9-2-06
COD: Lung Cancer

Name: Carolan, Michael
Accession: WRS06-58

Received from Pathology Support Services is a container of tissue belonging to decedent Michael Carolan, DOB: 3/7/1950, DOD 9/2/2006. The container is additionally labeled with PSS identification no. PSS L06-203.

The specimen consists of the bilateral lungs in continuity with soft tissues of the chest that includes the heart and intact pericardial sac, trachea, larynx, esophagus, descending aorta and thyroid. Also included in the same container is a portion of duodenum and the head of the pancreas, prostate, some pieces of parietal pleura and a wedge of liver.

Heart: The heart is 434 gm. The epicardial surface is intact. The coronary arteries have atherosclerotic plaque and luminal compromise with almost completely appears occluded in the circumflex. The LAD has some thickening but is patent. The right coronary artery, likewise, has thickening and narrowing to a pinpoint opening. There is left ventricular hypertrophy with a thickness of up to 1.6 cm. In the posterior apex and one third of the posterior septum there is obvious fibrous thickening consistent with myocardial insult. The myocardium within this area narrows to 0.5 cm.

Esophagus: The esophagus is of uniform caliber. The mucosa is gray and unremarkable.

Trachea: The trachea is partially filled with tan mucoid material. The mucosa in the larynx is gray and smooth.

Thyroid: The thyroid has a normal shape with a red-brown surface. No nodules are identified. The pericardial sac is attached. The periaortic lymph nodes have obvious tumor nodularity with a diameter of up to 3 cm.

Liver: The liver is 11 x 6 x 2 cm. Cut surfaces are yellow brown and unremarkable.

Prostate: The prostate is 4.5 x 4.5 x 2.2 cm. Cut surfaces are gray and unremarkable without obvious tumor change.

Pancreas: The head of the pancreas is 6 x 3 x 2 cm. The cut surfaces are gray with normal lobular architecture and no obvious tumor change.

Duodenum: The duodenum has a tan mucosa with a normal folding pattern.

Lungs: The left lung is 1352 gm and the right lung is 1460 gm. The pleural surfaces have delicate adhesions. There is bilateral anthracotic mottling and emphysematous changes. The lungs are firm with an obvious tumor in the right hilum that significantly involves all three lobes. Sections through the left lung also reveal tumor that involves the upper and lower lobes.

Cassette Summary: A1 – liver and apex of prostate; A2 – pancreas, duodenum; A3 – periaortic and peritracheal lymph nodes; A4 – thyroid; A5 – heart and coronary arteries; A6 – right lower lobe; A7 – right upper lobe; A8 – hilum, right; A9 – left lower lobe; A10 – left upper lobe.

Iron stains ordered on A6-A10

Caviolan

④

Diagnoses, based on slides prepared from fixed tissue:

H&E: A1-A10; Fe: A6-A10
PASD, CK7, CK20, TTF1, PSA (A9)

— Adenocarcinoma of the lung c̄ associated scarring; metastases to bronchial + mediastinal lymph nodes; extensive involvement of both lungs + pleura
— Pos PASD, CK7, CK20 (focal, weak), TTF-1 (nuclear)
— Neg PSA
— Moderate to severe emphysema
— Focal, peribronchiolar fibrosis
— Pleural fibrosis
— 0 asbestos bodies in 18.3 cm² of lung tissue
— Coronary + aortic atherosclerosis
— Old myocardial infarct

# COUNTY OF LOS ANGELES
## DEPARTMENT OF HEALTH SERVICES

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST (Given) | MICHAEL |
| 2. MIDDLE | TIMOTHY |
| 3. LAST (Family) | CAROLAN |
| 4. DATE OF BIRTH | 03/07/1950 |
| 5. AGE | 56 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | MT |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | YES |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 09/02/2006 |
| 8. HOUR | 2241 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. HISPANIC? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | WELDING FOREMAN |
| 18. KIND OF BUSINESS | US GOVERNMENT |
| 19. YEARS IN OCCUPATION | 32 |
| 20. DECEDENT'S RESIDENCE | 3659 ALBURY AVE. |
| 21. CITY | LONG BEACH |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90808 |
| 24. YEARS IN COUNTY | 35 |
| 25. STATE | CA |
| 26. INFORMANT | JENNIFER CAROLAN, WIFE |
| 27. INFORMANT'S ADDRESS | 3659 ALBURY, LONG BEACH, CA 90808 |
| 28. SURVIVING SPOUSE - FIRST | JENNIFER |
| 29. MIDDLE | SUE |
| 30. LAST (BIRTH NAME) | DOSS |
| 31. FATHER - FIRST | BRUCE |
| 33. LAST | CAROLAN |
| 34. BIRTH STATE | USA-UNK |
| 35. MOTHER - FIRST | PHYLLIS |
| 37. LAST (BIRTH NAME) | CORDES |
| 38. BIRTH STATE | USA-UNK |
| 39. DISPOSITION DATE | 09/18/2006 |
| 40. PLACE OF FINAL DISPOSITION | RES: JENNIFER CAROLAN, 3659 ALBURY AVE., LONG BEACH, CA 90808 |
| 41. TYPE OF DISPOSITION | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | NEPTUNE SOCIETY |
| 45. LICENSE NUMBER | FD 1289 |
| 46. SIGNATURE OF LOCAL REGISTRAR | Jonathan E Fielding MD |
| 47. DATE | 09/18/2006 |
| 101. PLACE OF DEATH | KAISER FOUNDATION HOSPITAL |
| 102. HOSPITAL | IP |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 9400 E. ROSECRANS AVE. |
| 106. CITY | BELLFLOWER |
| 107. CAUSE OF DEATH (A) | LUNG CANCER |
| Time Interval | MONTHS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | YES |
| 110. AUTOPSY PERFORMED? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED? | NO |
| 115. SIGNATURE OF CERTIFIER | [signed] |
| 116. LICENSE NUMBER | G075184 |
| 117. DATE | 09/05/2006 |
| 114. DECEDENT ATTENDED SINCE (A) | 06/29/2001 |
| (B) LAST SEEN ALIVE | 09/02/2006 |
| 118. ATTENDING PHYSICIAN | BRIAN KOROTZER, M.D., 9400 E. ROSECRANS AVE., BELLFLOWER, CA 90706 |

*HD0462088*

This is a true certified copy of the record filed in the County of Los Angeles Department of Health Services if it bears the Registrar's signature in purple ink.

Jonathan E Fielding MD
Director of Health Services and Registrar

DATE ISSUED: SEP 21 2006

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.


ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE