1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF PENNSYLVANIA
9
   IN RE: ASBESTOS PRODUCTS LIABILITY    )    Civil Action No. MDL. 875
10 LITIGATION (NO. VI),                  )
                                         )
11                                       )
                                         )
12                                       )
   This document relates to Carolan etc. et al. v.  )    **REVISED** STATEMENT OF CASE
13 General Electric Company, United States District  )    STATUS AS TO PLAINTIFF:
   Court for the Northern District of California,    )    CATHERINE PRETTYMAN
14 Case No.C07-4352-EMC.                 )
                                         )
15                                       )
                                         )
16 _____  )    DEADLINE: DECEMBER 1, 2007

17        By letter of October 31, 2007, Counsel for Plaintiff submitted to the Court a *Statement of*

18 *Case Status*. Said Statement did not include the report of Pulmonologist William R. Salyer,

19 M.D. This *Revised Statement of Case Status* is submitted to include the Dr. Salyer's report with

20 the Statement. Plaintiff respectfully asks the Court to accept this revised statement in

21 substitution of the report previously submitted. This *Revised Statement of Case Status* is

22 submitted within the December 1, 2007 deadline.

23        Therefore, Pursuant to Administrative Order No. 12 of May 31, 2007, the above-

24 referenced plaintiff makes the following statements:

25        1.        SUBMISSION OF IDENTIFICATION INFORMATION: Plaintiff (full name):

26 CATHERINE PRETTYMAN; Date of Birth: CATHERINE PRETTYMAN was born June 10,

27 1980. (Larry Prettyman was born March 1, 1956); Last four digits of plaintiff's social security

28 number: CATHERINE PRETTYMAN's Social Security Information is 7343. (Larry

_____
STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1  Prettyman's social security information is 7523); Plaintiff is a/an: statutory wrongful death heir

2  (The person who suffered the asbestos-related injury was Larry Prettyman.)

3       2.      SUBMISSION OR RELATED COURT ACTIONS:  Plaintiff  identifies the

4  following prior and/or pending related court actions (the status of each of the following being

5  "pending" in the court unless otherwise indicated below); attached hereto, and incorporated here

6  by this reference is a list of the parties in the related court action(s):

7       Prettyman v. Asbestos Defendants, San Francisco Superior Court, State of California,

8  case number  458091, filed November 21, 2006, Active.  Pending.

9       3.      SUBMISSION OF STATEMENT OF CASE STATUS: The sole defendants in

10  this action is GENERAL ELECTRIC COMPANY which is active and unsettled.  Plaintiff is not

11  currently seeking dismissal of any of the active unsettled defendants.

12       4.      SUBMISSION OF MEDICAL REPORTS:  Plaintiff submits that attached

13  medical diagnosing report(s) / opinion(s).

14       5.      ALTERNATIVE PLAINTIFF SUBMISSION:  Not Applicable.

15       6.      TIMING REQUIREMENTS:  The schedule set forth by the Court in Paragraph 6

16  of Administrative Order No. 12 states that "Plaintiffs whose cases were filed during the years

17  2007 shall file with the court their required papers on or before August 1,2007."  Although this

18  Plaintiff filed this action in 2007, it was filed in the originating Court *after August 1, 2007* and

19  has only recently come under the Jurisdiction of the Honorable James T. Giles, U.S. District

20  Judge, Eastern District of Pennsylvania ("Transferee Court").  The Conditional Transfer Order

21  No. 291 was sent to the Transferee Court sometime after October 17, 2007.  Plaintiff submits

22  that this report is submitted within a reasonable time following transfer of jurisdiction and

23  respectfully requests that the Court accept the report as timely.

24       7.      SCREENED CASES: Plaintiff's claims are not the result of a mass screening.

25       8.      EXCLUSIONS: This case is not designated as 2MDL 875 (MARDOC).

26       9.      SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND: Plaintiff

27  respectfully asks that a settlement conference be set in this matter and seeks remand of this case

28  back to the originating court.

1        10.    MANNER OF SUBMISSIONS:  The foregoing report and attachments is served

2   in this above-identified action pursuant to the local rules of the originating court, upon filing

3   with said court, using that Court's transmission facilities, to recipients by means of  the said

4   court's Case Management / Electronic Case Filing (CM/ECF) system.  See Certificate of Service

5   attached hereto.

6   Dated: ___NOVEMBER 18, 2007___                    BRAYTON❖PURCELL LLP

7

8                                                            /S/ DAVID R. DONADIO
                                                     By: _____
9                                                          David R.  Donadio
                                                           Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS IN STATE COURT ACTION

 1  ALLIS-CHALMERS CORPORATION PRODUCT
       LIABILITY TRUST
 2  CRANE CO.
    FOSTER WHEELER LLC
 3  GARLOCK SEALING TECHNOLOGIES, LLC
    OWENS-ILLINOIS, INC.
 4  PARKER-HANNIFIN CORPORATION
    PLANT INSULATION COMPANY
 5  QUINTEC INDUSTRIES, INC.
    RAPID-AMERICAN CORPORATION
 6  UNIROYAL HOLDING, INC.
    VIACOM, INC.
 7  WESTERN MacARTHUR COMPANY
    MacARTHUR COMPANY
 8  WESTERN ASBESTOS COMPANY
    HONEYWELL INTERNATIONAL, INC.
 9  FORD MOTOR COMPANY
    GENUINE PARTS COMPANY (GPC)
10  FMC CORPORATION
    TYCO INTERNATIONAL (US) INC.
11  IMO INDUSTRIES, INC.
    LESLIE CONTROLS, INC.
12  INGERSOLL-RAND COMPANY
    HENRY VOGT MACHINE CO.
13  ARMSTRONG INTERNATIONAL, INC.
    THOMAS DEE ENGINEERING CO., INC.
14  GENERAL REFRACTORIES
    THORPE INSULATION COMPANY
15  BUFFALO PUMPS, INC.
    GENERAL MOTORS CORPORATION
16  J.T. THORPE, INC.
    J.T. THORPE & SON, INC.
17  METROPOLITAN LIFE INSURANCE COMPANY
    PNEUMO ABEX LLC
18  GATKE CORPORATION
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
19  UNDERWRITERS LABORATORIES, INC.
    and DOES 1-8500,          AND ADDITONAL DEFENDANTS
20
            Defendants.            OAKFABCO, INC
21                                 RAY BURNER COMPANY
22  Loretta Prettyman, et al., vs. Asbestos Defendants (B❖P)
    San Francisco Superior Court No.  458091
23

24

25

26

27

28

K:\Injured\106873\CMP-WDSII.wpd                    24
FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH -ASBESTOS

## MEDICAL CENTER
### ANATOMIC PATHOLOGY

Date    11-11-07

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of
__6__ page(s) in the case of ___LARRY PRETTYMAN___.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer, M.D.

WRS/w

Prettyman, LARRY W.
DOB: 3-1-56

WRS
WRS07-51

L07—
Brayton

Death Certificate
    DOD: 4-2-07
    COD: Pulmonary fibrosis

Other significant conditions:
        Myocardial hypertrophy

Prettyman                    WRS                    ② ③

4/3/07
=> United Hosp Center, Clarksburg, W. Va, A07—5
Autopsy (limited to lungs + surrounding tissue)

Clin History — ∅ None
Gross — enlarge heart ( LV=1.5, RV= 0.8 cm ), 650 gm
                              cm

- pl surfaces coarsely nodular
- small bullae beneath surface
- lung cut surface firm, almost like liver
  + scattered subpleural
- apical emphysema
- remainder of lung much stiffer than usual
- diaphragmatic plaques

Micro — fibrosis of alveolar septa + obliteration of
        alveolar spaces, honeycomb pattern in areas

- no characteristic asb bodies
- anthracosis of nodes
- mod cor atheros
- plaques on diaphragm

Prettyman

WRS

③

Autopsy (cont'd)

Final Dx
— Pulmonary fibrosis
— (a) + diaphragmatic parietal pleural plaques
— foci of emphysema c̄ bullae
— myocardial hypertrophy
— biventricular dilatation (R>L)

Note :—Pattern most c/w UIP, RV dilation
indicates probable pul hypertension + cor pulmonale

— Pl plaques (can be seen c̄ asbestosis +
other conditions but are not diagnostic)

— No asb bodies
(? — Fe stains used)

Prettyman

WRS

Slide Review

United Hosp Center, A07-5, 20 slides (1-20) ^(1P×E)

Autopsy of 20 blocks (1-20)
(at United)
— Seve interstitial pulmonary fibrosis with areas
of honeycombing & confluent scarring

— Did not repeat asb body counting.

— Based on counts performed on slides from
fixed tissue: Asbestosis, CAP-NIOSH Grade IV

— Focal, peribronchiolar fibrosis

— Pulmonary arteriosclerosis

— Pleural plaques

— Pleural fibrosis

— Occasional emphysematous bullae

— Pneumonia

— Patchy acute alveolar damage

— Moderate coronary atherosclerosis

— Myocardial hypertrophy

*Prettyman*

*WRS*

Name: Larry Prettyman
Accession: WRS07-51

*Review of Fixed Tissue*

Received from United Hospital Center, Clarksburg, West Virginia is a container of tissue belonging to decedent Larry Prettyman, Accession # A-07-5, DOB: 3/13/1956, date of initial autopsy 4/3/07. Received are two plastic bags with tissue. The tissue in the first bag consists of multiple fragments of heart. The myocardium is red-brown and homogenous; no recent or previous notable myocardial infarctions are present. There is a small amount of infiltrative fatty change in the septum. The visualized coronary arteries have minimal atherosclerotic plaque, none of which appears calcified. The left ventricular measurement is 1 cm in thickness. The right ventricle is 0.2 to 0.3 cm in thickness. Also in the same container are three fragments of lung tissue. The pleural surfaces have anthracotic mottling and a small amount of adhesions; the pleural substance has extensive ~~emphysematous~~ *congestive* changes but no discrete nodules are present. Also in the same container are pieces of diaphragm which has fibrous thickening present; the fibrous areas measure up to 0.3 cm. The second bag has additional fragments of lung varying from 6 x 4 x 1.5 cm up to 17 x 7 x 2 cm and collectively weigh 390 gm. The lung fragments are consistent with those previous described with extensive ~~emphysematous~~ *congestive* changes and anthracotic mottling; no discrete tumor nodules are present. There is fibrous thickening of one of the fragments. One of the larger pieces has three hilar lymph nodes attached each with anthracotic mottling varying from 7 to 2 cm but no tumor change is seen within the nodes.

Cassette summary: A1-A2 – pieces of fibrous thickening of diaphragm; A3 -- coronary arteries and fragment of heart septum; A4-A10 – selected sections of lung parenchyma; A11 – hilar lymph nodes.

Iron stains are ordered on A1, A2, A4-A10.

PrettyMAN                    WRS                    (6)

Diagnoses, based on slides prepared from
        fixed tissue:    H+E: A1-A10; Fe: A1, A2; A4-A10
                                                                    plaque

Autopsy:

—  Severe interstitial fibrosis of lungs with areas
        of honeycombing + confluent scarring

—  Focal peribronchiolar fibrosis

—  14 asbestos bodies in 19.4 cm² of lung
        tissue, OR 0.7 asb bodies/cm²

—  Asbestosis, CAP-NIOSH ~~~~ Grade IV

—  Pleural plaques

—  Pleural fibrosis

—  Pulmonary arteriosclerosis

—  Patchy, acute alveolar damage

—  Pneumonia

    —  Coronary atherosclerosis

| Slide | # asb bodies |
|-------|--------------|
| A4    | 0            |
| A5    | 1            |
| A6    | 3            |
| A7    | 2            |
| A8    | 2            |
| A9    | 2            |
| A10   | 4            |

## DONALD BREYER, M.D., F.A.C.R.
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

January 30, 2007

**PRETTYMAN, LARRY**

**EXAMINATION**: A CT scan of the chest including conventional and prone high resolution images. The study is performed at United Hospital Center on 1/23/07 and is technically adequate.

**DATE OF EXAMINATION**: January 23, 2007

In the nondependent lung fields on the prone high resolution images the patient has changes of honeycombing traction bronchiectasis, parenchymal bands and architectural distortion. These findings are noted predominantly in the upper and mid lung zones and have a central as well as peripheral distribution. The lung bases appear to be relatively spared.

A calcified right diaphragmatic pleural plaque is present.

**IMPRESSION**:

THE PATIENT HAS FINDINGS CONSISTENT WITH INTERSTITIAL FIBROSIS. THEY ARE SOMEWHAT ATYPICAL FOR ASBESTOS RELATED INTERSTITIAL FIBROSIS. PLEASE RULE OUT OTHER POSSIBLE CAUSES OF INTERSTITIAL FIBROSIS.

A CALCIFIED RIGHT DIAPHRAGMATIC PLEURAL PLAQUE IS PRESENT. THIS FINDING IS STRONGLY SUGGESTIVE OF ASBESTOS RELATED PLEURAL DISEASE.

*Clarksburg*
*1 Medical Center Drive*
*Mail Stop: 136*
*Clarksburg, WV  26301*

# DEPARTMENT OF
# VETERANS AFFAIRS

*DATE:  1/17/2007*
*In Reply Refer To: 136*

**BRAYTON  PURCELL**
**PO BOX 6169**
**NOVATO, CALIFORNIA 94948-6169**


**RE: ROI Request for LARRY PRETTYMAN**

**Dear BRAYTON  PURCELL:**

**The information listed below concerns your recent request to release information.**
**Sincerely,**



**TIMOTHY W PHILLIPS - Release of Information**

# Radiology Report

CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU          Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                        Img Loc: RADIOLOGY IMAGING
                                        Service: Unknown


(Case 807 COMPLETE)  CHEST 2 VIEWS PA&LAT           (RAD  Detailed) CPT:71020

    Clinical History:
      Do today, PATIENT IS HERE Additional Scheduling Info:
      *************************************

      Reason for Exam: Cold S/S

    Report Status: Verified              Date Reported: DEC 15, 2006
                                         Date Verified: DEC 15, 2006
      Verifier E-Sig:/ES/DAVID FORE

    Report:
      PA and lateral views of the chest are compared to prior exams
      dated 02/06/2005 and 04/09/2005 again demonstrating extensive
      interstitial pulmonary fibrosis in both lungs similar to the most
      recent prior study. There is no consolidation, effusion or
      pneumothorax. There is stable cardiomegaly. Spinal alignment and
      vertebral body height are preserved.


      Impression:
        Interstitial pulmonary fibrosis similar to the most recent prior
        exam. Stable cardiomegaly. No acute process is identified.

      Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

    Primary Interpreting Staff:
      DAVID FORE, Contract Radiologist (Verifier)
    /DCF


COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

Proc Ord: ECHO (CARDIAC)
Exm Date: NOV 30, 2006@08:31

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

PRETTYMAN, LARRY
705 DUFF AVE
CLARKSBURG, WEST VIRGINIA  26301          Printed at CLARKSBURG VAMC
515567523

*Clarksburg*
*1 Medical Center Drive*
*Mail Stop: 136*
*Clarksburg, WV 26301*

# DEPARTMENT OF
# VETERANS AFFAIRS

*DATE: 1/17/2007*
*In Reply Refer To: 136*

**BRAYTON  PURCELL**
**PO BOX 6169**
**NOVATO, CALIFORNIA 94948-6169**

**RE: ROI Request for LARRY PRETTYMAN**

**Dear BRAYTON  PURCELL:**

**The information listed below concerns your recent request to release information.**
**Sincerely,**


**TIMOTHY W PHILLIPS - Release of Information**

# Radiology Report

Printed On Jan 17, 2007

```
CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU        Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                      Img Loc: RADIOLOGY IMAGING
                                      Service: Unknown



(Case 807 COMPLETE)   CHEST 2 VIEWS PA&LAT          (RAD Detailed) CPT:71020

    Clinical History:
     Do today, PATIENT IS HERE Additional Scheduling Info:
     ****************************************

    Reason for Exam: Cold S/S

    Report Status: Verified                Date Reported: DEC 15, 2006
                                           Date Verified: DEC 15, 2006
    Verifier E-Sig:/ES/DAVID FORE

    Report:
       PA and lateral views of the chest are compared to prior exams
       dated 02/06/2005 and 04/09/2005 again demonstrating extensive
       interstitial pulmonary fibrosis in both lungs similar to the most
       recent prior study. There is no consolidation, effusion or
       pneumothorax. There is stable cardiomegaly. Spinal alignment and
       vertebral body height are preserved.



    Impression:
       Interstitial pulmonary fibrosis similar to the most recent prior
       exam. Stable cardiomegaly. No acute process is identified.

    Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

Primary Interpreting Staff:
  DAVID FORE, Contract Radiologist (Verifier)
/DCF



COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

Proc Ord: ECHO (CARDIAC)
Exm Date: NOV 30, 2006@08:31
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

```
PRETTYMAN, LARRY
705 DUFF AVE
CLARKSBURG, WEST VIRGINIA   26301
515567523
```

Printed at CLARKSBURG VAMC