1 | ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
2 | BRAYTON❖PURCELL LLP
Attorneys at Law
3 | 222 Rush Landing Road
P.O. Box 6169
4 | Novato, California 94948-6169
(415) 898-1555
5 | (415) 898-1247 (Fax No.)

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Carolan etc. et al. v. General Electric Company, United States District Court for the Northern District of California, Case No.C07-4352-EMC. | **REVISED** STATEMENT OF CASE STATUS AS TO PLAINTIFF: LORETTA PRETTYMAN as Wrongful Death Heir, and as Successor-in-Interest to LARRY PRETTYMAN, Deceased |
| | DEADLINE: DECEMBER 1, 2007 |

By letter of October 31, 2007, Counsel for Plaintiff submitted to the Court a *Statement of Case Status*. Said Statement did not include the report of Pulmonologist William R. Salyer, M.D. This *Revised Statement of Case Status* is submitted to include the Dr. Salyer's report with the Statement. Plaintiff respectfully asks the Court to accept this revised statement in substitution of the report previously submitted. This *Revised Statement of Case Status* is submitted within the December 1, 2007 deadline.

Therefore, Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION: Plaintiff (full name): LORETTA PRETTYMAN as Wrongful Death Heir, and as Successor-in-Interest to LARRY PRETTYMAN, Deceased; Date of Birth: LORETTA PRETTYMAN was born November 26,

1960 (Larry Prettyman was born March 1, 1956); Last four digits of plaintiff's social security number: LORETTA PRETTYMAN's social security information is 4667 (Larry Prettyman's social security information is 7523); Plaintiff is a/an: Spouse of asbestos injured victim who proceeds here Individually as wrongful death heir and as successor in interest to Decedent for claims of Estate for personal injury - survival. (The person who suffered the asbestos-related injury was Larry Prettyman.)

2. SUBMISSION OR RELATED COURT ACTIONS: Plaintiff identifies the following prior and/or pending related court actions (the status of each of the following being "pending" in the court unless otherwise indicated below); attached hereto, and incorporated here by this reference is a list of the parties in the related court action(s):

Prettyman v. Asbestos Defendants, San Francisco Superior Court, State of California, case number 458091, filed November 21, 2006, Active. Pending.

3. SUBMISSION OF STATEMENT OF CASE STATUS: The sole defendants in this action is GENERAL ELECTRIC COMPANY which is active and unsettled. Plaintiff is not currently seeking dismissal of any of the active unsettled defendants.

4. SUBMISSION OF MEDICAL REPORTS: Plaintiff submits that attached medical diagnosing report(s) / opinion(s).

5. ALTERNATIVE PLAINTIFF SUBMISSION: Not Applicable.

6. TIMING REQUIREMENTS: The schedule set forth by the Court in Paragraph 6 of Administrative Order No. 12 states that "Plaintiffs whose cases were filed during the years 2007 shall file with the court their required papers on or before August 1,2007." Although this Plaintiff filed this action in 2007, it was filed in the originating Court *after August 1, 2007* and has only recently come under the Jurisdiction of the Honorable James T. Giles, U.S. District Judge, Eastern District of Pennsylvania ("Transferee Court"). The Conditional Transfer Order No. 291 was sent to the Transferee Court sometime after October 17, 2007. Plaintiff submits that this report is submitted within a reasonable time following transfer of jurisdiction and respectfully requests that the Court accept the report as timely.

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

7. SCREENED CASES: Plaintiff's claims are not the result of a mass screening.

8. EXCLUSIONS: This case is not designated as 2MDL 875 (MARDOC).

9. SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND: Plaintiff respectfully asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10. MANNER OF SUBMISSIONS: The foregoing report and attachments is served in this above-identified action pursuant to the local rules of the originating court, upon filing with said court, using that Court's transmission facilities, to recipients by means of the said court's Case Management / Electronic Case Filing (CM/ECF) system. See Certificate of Service attached hereto.

Dated: __NOVEMBER 18, 2007__    BRAYTON❖PURCELL LLP

/S/  DAVID R. DONADIO

By: _____
David R. Donadio
Attorneys for Plaintiff

---

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

DEFENDANTS IN STATE COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT
  LIABILITY TRUST
CRANE CO.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.
FORD MOTOR COMPANY
GENUINE PARTS COMPANY (GPC)
FMC CORPORATION
TYCO INTERNATIONAL (US) INC.
IMO INDUSTRIES, INC.
LESLIE CONTROLS, INC.
INGERSOLL-RAND COMPANY
HENRY VOGT MACHINE CO.
ARMSTRONG INTERNATIONAL, INC.
THOMAS DEE ENGINEERING CO., INC.
GENERAL REFRACTORIES
THORPE INSULATION COMPANY
BUFFALO PUMPS, INC.
GENERAL MOTORS CORPORATION
J.T. THORPE, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
PNEUMO ABEX LLC
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
and DOES 1-8500,                AND ADDITONAL DEFENDANTS

    Defendants.                     OAKFABCO, INC
                                    RAY BURNER COMPANY

Loretta Prettyman, et al., vs. Asbestos Defendants (B❖P)
San Francisco Superior Court No. 458091

K:\Injured\106873\CMP-WDSII.wpd                    24
FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH -ASBESTOS

# Alta Bates
## MEDICAL CENTER
### ANATOMIC PATHOLOGY

Date   11-11-07

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of __6__ page(s) in the case of __LARRY PRETTYMAN__.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer /WRS
William R. Salyer, M.D.

WRS/w

Alta Bates Medical Center
Ashby Campus, 2450 Ashby Avenue, Berkeley, CA 94705
Tel 510.204.1642 • Fax 510.549.2671

PRETTYMAN, LARRY W.
DOB: 3-1-56

WRS
WRS07-51

L07-
Brayton

Death Certificate
  DOD: 4-2-07
  COD: Pulmonary fibrosis

Other significant conditions:
          Myocardial hypertrophy

Prettyman                    WRS                           ②

4/3/07
⇒ United Hosp Center, Clarksburg, W. Va., A07-5
Autopsy (limited to lungs + surrounding tissue)

Clin History — Ø   none

Gross — enlarged heart (LV = 1.5 cm, RV = 0.8 cm), 650 gm

- pl surfaces coarsely nodular
- small bullae beneath surface
- lung cut surface firm, almost like liver
- apical emphysema + scattered subpleural
- remainder of lung much stiffer than usual
- diaphragmatic plaques

Micro — fibrosis of alveolar septa + obliteration of alveolar spaces; honeycomb pattern in areas
- no characteristic asb bodies
- anthracosis of nodes
- mod cor atheros
- plaques on diaphragm

Prettyman               WRS                          (3)

Autopsy (cont'd.)

Final Dx
— Pulmonary fibrosis
— lat + diaphragmatic parietal pleural plaques
— foci of emphysema c̄ bullae
— myocardial hypertrophy
— biventricular dilatation (R & L)

Note: — Pattern most c/w UIP. RV dilation indicates probable pul hypertension + cor pulmonale

— Pl plaques (can be seen c̄ asbestosis + other conditions but are not diagnostic)

— No asb bodies
(? — Fe stains used)

Prettyman

(4)

WBS

Slide Review

United Hosp Center, A07-5, 20 slides (1-20) (P+E)

Autopsy of 20 blocks (1-20)
(at United)

— Severe interstitial pulmonary fibrosis with areas of honeycombing & confluent scarring

— Did not repeat ash body counting.

— Based on counts performed on slides from fixed tissue: Asbestosis, CAP-NIOSH Grade IV

— Focal, peribronchiolar fibrosis
— Pulmonary arteriosclerosis
— Pleural plaques
— Pleural fibrosis
— Occasional emphysematous bullae
— Pneumonia
— Patchy acute alveolar damage
— Moderate coronary atherosclerosis
— Myocardial hypertrophy

*Prettyman* WKS

Name: Larry Prettyman
Accession: WRS07-51

*Review of Fixed Tissue*

Received from United Hospital Center, Clarksburg, West Virginia is a container of tissue belonging to decedent Larry Prettyman, Accession # A-07-5, DOB: 3/13/1956, date of initial autopsy 4/3/07. Received are two plastic bags with tissue. The tissue in the first bag consists of multiple fragments of heart. The myocardium is red-brown and homogenous; no recent or previous notable myocardial infarctions are present. There is a small amount of infiltrative fatty change in the septum. The visualized coronary arteries have minimal atherosclerotic plaque, none of which appears calcified. The left ventricular measurement is 1 cm in thickness. The right ventricle is 0.2 to 0.3 cm in thickness. Also in the same container are three fragments of lung tissue. The pleural surfaces have anthracotic mottling and a small amount of adhesions; the pleural substance has extensive ~~emphysematous~~ *cobblestone* changes, *however* but no discrete nodules are present. Also in the same container are pieces of diaphragm which has fibrous thickening present; the fibrous areas measure up to 0.3 cm. The second bag has additional fragments of lung varying from 6 x 4 x 1.5 cm up to 17 x 7 x 2 cm and collectively weigh 390 gm. The lung fragments are consistent with those previous described with extensive ~~emphysematous~~ *however* changes and anthracotic mottling; no discrete tumor nodules are present. There is fibrous thickening of one of the fragments. One of the larger pieces has three hilar lymph nodes attached each with anthracotic mottling varying from 7 to 2 cm, but no tumor change is seen within the nodes.

Cassette summary: A1-A2 – pieces of fibrous thickening of diaphragm; A3 – coronary arteries and fragment of heart septum; A4-A10 – selected sections of lung parenchyma; A11 – hilar lymph nodes.

Iron stains are ordered on A1, A2, A4-A10.

PrettyMAN      WRS      ⑥

Diagnoses, based on slides prepared from
     fixed tissue: H+E: A1-A10; Fe: A1, A2, A4-A10
                                            plaque

Autopsy:

- Severe interstitial fibrosis of lungs with areas of honeycombing + confluent scarring
- Focal peribronchiolar fibrosis
- 14 asbestos bodies in 19.4 $cm^2$ of lung tissue, OR 0.7 asb bodies/$cm^2$
- Asbestosis, CAP-NIOSH Grade IV
- Pleural plaques
- Pleural fibrosis
- Pulmonary arteriosclerosis
- Patchy, acute alveolar damage
- Pneumonia
- Coronary atherosclerosis

| slide | # asb bodies |
|---|---|
| A4 | 0 |
| A5 | 1 |
| A6 | 3 |
| A7 | 2 |
| A8 | 2 |
| A9 | 2 |
| A10 | 4 |

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

January 30, 2007

**PRETTYMAN, LARRY**

**EXAMINATION:** A CT scan of the chest including conventional and prone high resolution images. The study is performed at United Hospital Center on 1/23/07 and is technically adequate.

**DATE OF EXAMINATION:** January 23, 2007

In the nondependent lung fields on the prone high resolution images the patient has changes of honeycombing traction bronchiectasis, parenchymal bands and architectural distortion. These findings are noted predominantly in the upper and mid lung zones and have a central as well as peripheral distribution. The lung bases appear to be relatively spared.

A calcified right diaphragmatic pleural plaque is present.

**IMPRESSION:**

> THE PATIENT HAS FINDINGS CONSISTENT WITH INTERSTITIAL FIBROSIS. THEY ARE SOMEWHAT ATYPICAL FOR ASBESTOS RELATED INTERSTITIAL FIBROSIS. PLEASE RULE OUT OTHER POSSIBLE CAUSES OF INTERSTITIAL FIBROSIS.
>
> A CALCIFIED RIGHT DIAPHRAGMATIC PLEURAL PLAQUE IS PRESENT. THIS FINDING IS STRONGLY SUGGESTIVE OF ASBESTOS RELATED PLEURAL DISEASE.

*[signature]*

# DEPARTMENT OF VETERANS AFFAIRS

*Clarksburg*  
*1 Medical Center Drive*  
*Mail Stop: 136*  
*Clarksburg, WV 26301*

*DATE: 1/17/2007*  
*In Reply Refer To: 136*

BRAYTON PURCELL  
PO BOX 6169  
NOVATO, CALIFORNIA 94948-6169

RE: ROI Request for LARRY PRETTYMAN

Dear BRAYTON PURCELL:

The information listed below concerns your recent request to release information.
Sincerely,

TIMOTHY W PHILLIPS - Release of Information

# Radiology Report

Printed On Jan 17, 2007

```
CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU        Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                      Img Loc: RADIOLOGY IMAGING
                                      Service: Unknown


  (Case 807 COMPLETE)   CHEST 2 VIEWS PA&LAT           (RAD Detailed) CPT:71020

     Clinical History:
      Do today, PATIENT IS HERE Additional Scheduling Info:
      ******************************************

      Reason for Exam: Cold S/S

     Report Status: Verified                  Date Reported: DEC 15, 2006
                                              Date Verified: DEC 15, 2006
     Verifier E-Sig:/ES/DAVID FORE

     Report:
       PA and lateral views of the chest are compared to prior exams
       dated 02/06/2006 and 04/09/2005 again demonstrating extensive
       interstitial pulmonary fibrosis in both lungs similar to the most
       recent prior study. There is no consolidation, effusion or
       pneumothorax. There is stable cardiomegaly. Spinal alignment and
       vertebral body height are preserved.


     Impression:
       Interstitial pulmonary fibrosis similar to the most recent prior
       exam. Stable cardiomegaly. No acute process is identified.

     Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

  Primary Interpreting Staff:
    DAVID FORE, Contract Radiologist (Verifier)
  /DCF



  COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

  Proc Ord: ECHO (CARDIAC)
  Exm Date: NOV 30, 2006@08:31
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| PRETTYMAN, LARRY<br>705 DUFF AVE<br>CLARKSBURG, WEST VIRGINIA  26301<br>515567523 | Printed at CLARKSBURG VAMC |

Page 1

## DEPARTMENT OF VETERANS AFFAIRS

*Clarksburg*
*1 Medical Center Drive*
*Mail Stop: 136*
*Clarksburg, WV 26301*

DATE: 1/17/2007
In Reply Refer To: 136

BRAYTON PURCELL
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169

RE: ROI Request for LARRY PRETTYMAN

Dear BRAYTON PURCELL:

The information listed below concerns your recent request to release information.
Sincerely,


TIMOTHY W PHILLIPS - Release of Information

# Radiology Report

Printed On Jan 17, 2007

```
CHEST 2 VIEWS PA&LAT

Exm Date: DEC 15, 2006@10:13
Req Phys: THAGIRISA,ANJANEYULU          Pat Loc: EMERGENCY DEPARTMENT-DAY (Req'
                                        Img Loc: RADIOLOGY IMAGING
                                        Service: Unknown



  (Case 807 COMPLETE)   CHEST 2 VIEWS PA&LAT         (RAD  Detailed) CPT:71020

     Clinical History:
      .Do today, PATIENT IS HERE Additional Scheduling Info:
      *******************************************

     Reason for Exam: Cold S/S

     Report Status: Verified                Date Reported: DEC 15, 2006
                                            Date Verified: DEC 15, 2006
     Verifier E-Sig:/ES/DAVID FORE

     Report:
       PA and lateral views of the chest are compared to prior exams
       dated 02/06/2006 and 04/09/2005 again demonstrating extensive
       interstitial pulmonary fibrosis in both lungs similar to the most
       recent prior study. There is no consolidation, effusion or
       pneumothorax. There is stable cardiomegaly. Spinal alignment and
       vertebral body height are preserved.



     Impression:
       Interstitial pulmonary fibrosis similar to the most recent prior
       exam. Stable cardiomegaly. No acute process is identified.

     Primary Diagnostic Code: MAJOR ABNORMALITY, NO ATTN. NEEDED

   Primary Interpreting Staff:
     DAVID FORE, Contract Radiologist (Verifier)
   /DCF




   COLOR FLOW VELOCITY MAPPING DOPPLER ECHOCARDIOGRAPHY

   Proc Ord: ECHO (CARDIAC).
   Exm Date: NOV 30, 2006@08:31
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| PRETTYMAN, LARRY<br>705 DUFF AVE<br>CLARKSBURG, WEST VIRGINIA  26301<br>515567523 | Printed at CLARKSBURG VAMC |